**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 95-2362**

—————

JESSE R. LANCE,

Plaintiff - Appellant,

versus

WONDERLYN BELL,

Defendant - Appellee.

—————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Solomon Blatt, Jr., Senior District
Judge.  (CA-95-884-2-8BD)

—————

Submitted:  February 7, 1996        Decided:  February 15, 1996

—————

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

Jesse R. Lance, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing without prejudice Appellant's attempt to directly appeal an order entered by the South Carolina Supreme Court. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Lance v. Bell, No. CA-95-884-2-8BD (D.S.C. June 6, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2